# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DANIEL JOHNSON, | : | No. 253 WAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| VALERIE L. WEBER AND RAYMOND E. WEBER, | : | |
| | : | |
| | : | |
| Respondent | : | |
| DANIEL JOHNSON, | : | No. 254 WAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| VALERIE L. WEBER AND RAYMOND E. WEBER, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.